WHITE v. TURNER, appellant.

*Usury — sale of valid mortgage at a discount.*

A valid mortgage for $1,000 was sold by the mortgagee at $50 less than its face. *Held,* not to make mortgage usurious.

APPEAL from a judgment in favor of plaintiff, entered upon the report of a referee. The action was brought in Chautauqua county by Allen White against Charles S. Turner and others, to foreclose a mortgage.

*Julius A. Parsons,* for appellants.

*D. Sherman,* for respondent.

E. DARWIN SMITH, J.

The question was principally one of fact which was found in favor of plaintiff on sufficient evidence, and the court refused to interfere with the finding.

*Judgment affirmed.*